UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GEARY MILLS, #16878-078,           §
                    PLAINTIFF,     §
                                   §
v.                                 §        CIVIL CASE NO. 3:16-CV-053-B-BK
                                   §
UNITED STATES OF AMERICA,          §
                    DEFENDANT.     §

ORDER ACCEPTING SUPPLEMENTAL FINDINGS
OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to the remand order of the United States Court of Appeals for the Fifth Circuit, the United States Magistrate Judge made supplemental findings in this case. Plaintiff filed objections. The Court has made a *de novo* review of those portions of the proposed supplemental findings to which objection was made. Finding no error, the Court **ACCEPTS** the supplemental findings of the United States Magistrate Judge.

Accordingly, the Clerk of the Court is directed to supplement the record on appeal with the *Supplemental Findings on Remand of the United States Magistrate Judge*, filed October 18, 2018, Plaintiff's objections to the Magistrate Judge's report, filed November 6, 2018, and this Order. The Clerk is further directed to return this case to the United States Court of Appeals for the Fifth Circuit for further proceedings, as may be appropriate.

SO ORDERED: NOVEMBER 8, 2018.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE